JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA D. H.,[1] <br>              Plaintiff, <br>  v. <br> ANDREW M. SAUL, Commissioner of Social Security, <br>              Defendant. | Case No. CV 19-2009 PVC <br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATE: February 28, 2020

_[signature]_

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.